**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | | |
|---|---|---|
| IN RE: | PKE WESTERN TRUCK LEASING, INC. | CASE NO. 4:19-bk-14129 |
| | DEBTOR-IN-POSSESSION | CHAPTER 11 |

PKE WESTERN TRUCK LEASING, INC.                                                                PLAINTIFF

v.                                       CASE NO. 4:20-mc-00001-LPR

RICH TRANSPORT, LLC and
ROADRUNNER TRANSPORTATION SYSTEMS                                       DEFENDANTS

**ORDER GRANTING MOTION TO WITHDRAW REFERENCE**

Before the Court is a Motion to Withdraw Reference filed by Defendants Rich Transport, LLC and Roadrunner Transportation Systems. (Doc. 1). The Motion requested that the Court withdraw the reference to the adversary proceeding filed in the United States Bankruptcy Court for the Eastern District of Arkansas, Little Rock Division, Case No. 4:19-ap-01064. Plaintiff, PKE Western Truck Leasing, Inc. filed a response on April 22, 2020 (Doc. 3) stating that it had no objection to the Motion. Based on the Motion, the Response, and the entire record in this matter, the Court does hereby grant the Motion and withdraws the reference to the adversary proceeding.

IT IS SO ORDERED this 23rd day of April 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE