IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PKE WESTERN TRUCK LEASING, INC.**                                                           **PLAINTIFF**

v.                               Case No: 4:20-cv-00150-LPR

**RICH TRANSPORT, LLC, AND**
**ROADRUNNER TRANSPORTATION SYSTEMS, INC.**                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 3rd day of November 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE